**MAXIMILLIAN A. NOVEL**
Novel Law, LLC
26 Journal Square Plz, Ste. 1201
Jersey City, New Jersey 07306
T: 201-253-6330
F: 201-659-1964
mnovel@novellaw.com
Attorneys for the Defendant, Junius Aquino

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **UNITED STATES DISTRICT COURT** |
| | : | **DISTRICT OF NEW JERSEY** |
| | : | |
| v. | : | Mag. No. 20-1188 |
| | : | |
| | : | |
| **JUNIUS AQUINO** | : | **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that the undersigned attorney hereby moves for a reconsideration of detention on behalf of the Defendant, Junius Aquino, in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorney relies on the attached Attorney Certification and proposed Order in support of this matter.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorney hereby requests oral arguments be heard in this matter.

Respectfully submitted,

**MAXIMILLIAN A. NOVEL**
Attorney for Defendant

MAN
cc: Samantha Fasanello, *via ECF only*
    Rhonda Legrand, *via ECF and e-mail*