# NOVEL LAW, LLC
ATTORNEYS AT LAW

26 Journal Square Plaza, Suite 1201
Jersey City, New Jersey 07306
Telephone: 201-253-6330
Facsimile: 201-659-1964
Email: info@novellaw.com
Website: www.novellaw.com

**Maximillian A. Novel (NJ Bar)**
**Peter R. Willis (NJ Bar, Of Counsel)**

December 1, 2020

**VIA ECF ONLY**

United States District Court
District of New Jersey
50 Walnut St.
Newark, New Jersey 07102

        **RE: UNITED STATES OF AMERICA v. JUNIUS AQUINO**
            **Mag. No. 20-1188**

Your Honor:

This office represents the defendant, Junius Aquino, in the above referenced matter. Attached please find a Notice of Motion for reconsideration of Mr. Aquino's detention, as well as an Attorney Certification and proposed Order.

Thank you for your courtesies.

                                              Respectfully submitted,

                                              **MAXIMILLIAN A. NOVEL**
                                              Attorney for Defendant

Encl.
MAN
cc: Samantha Fasanello, *via ECF only*
    Rhonda Legran, *via ECF and e-mail*